Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JILL BROWN and AUSTIN RUSSELL

Plaintiff(s),

v.

SHARP ELECTRONICS CORP.

Defendant(s).

Case No: C 19-371-~~EDL~~ JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey M. Beyer, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sharp Electronics Corp. in the above-entitled action. My local co-counsel in this case is Robert E. Davies, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Riker Danzig Scherer Hyland Perretti LLP<br>Headquarters Plaza – One Speedwell Avenue<br>Morristown, NJ 07962-1981 | Donahue Davies LLP<br>P.O. Box 277010, Sacramento, CA 95827 |
| My Telephone # of Record:<br>(973) 538-0800 | Local Co-Counsel's Telephone # of Record:<br>(916) 817-2900 |
| My Email Address of Record:<br>jbeyer@riker.com | Local Co-Counsel's Email Address of Record:<br>rdavies@donahuedavies.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 008462007.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/19/19

Jeffrey M. Beyer
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey M. Beyer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/21/19

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE