UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL BROWN and AUSTIN RUSSELL, Individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHARP ELECTRONICS CORPORATION,<br><br>Defendant. | Case No. 3:19-cv-00371-JD |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jill Brown and Austin Russell ("Plaintiffs"), and Defendant, Sharp Electronics Corporation, hereby stipulate to the dismissal of this action without prejudice.

The parties have reached a settlement of both this lawsuit and several related actions pending across the country: *Lammey v. Sharp Electronics Corporation*, 3:19-cv-00048-CAR (M.D. Ga.); *James, et al. v. Sharp Electronics Corporation*, No. 2:19-cv-03246-SDM-EPD (S.D. Ohio); *Macone v. Sharp Electronics Corporation*, No. 1:19-cv-12021-WGY (D. Mass); *Hamm v. Sharp Electronics Corporation*, No. 5:19-cv-488 (M.D. Fla).

The operative complaint in *Hamm* has been amended to include Plaintiffs' claims and the parties will be moving for preliminary approval of the nationwide settlement in the *Hamm* Court.

Dated:  July 16, 2020				**RESPECTFULLY SUBMITTED,**

					By:	/s/ *Gregory Coleman*_____
						Gregory F. Coleman (admitted *pro hac vice*)
						Rachel Soffin (admitted *pro hac vice*)
						Lisa White (admitted *pro hac vice*)
						**GREG COLEMAN LAW PC**
						First Tennessee Plaza
						800 S. Gay Street, Suite 1100
						Knoxville, Tennessee 37929
						Telephone: (865) 247-0080
						Facsimile: (865) 533-0049
						greg@gregcolemanlaw.com
						rachel@gregcolemanlaw.com
						lisa@gregcolemanlaw.com

						Daniel K. Bryson (admitted *pro hac vice*)
						Harper T. Segui (admitted *pro hac vice*)
						**WHITFIELD BRYSON & MASON LLP**
						900 W. Morgan St.
						Raleigh, NC 27603
						Telephone: (919) 600-5000
						Facsimile: (919) 600-5035
						Dan@wbmllp.com
						Harper@wbmllp.com

						Hassan A. Zavareei (admitted *pro hac vice*)
						Andrea Gold (admitted *pro hac vice*)
						**TYCKO & ZAVAREEI LLP**
						1828 L. Street, NW, Suite 1000
						Washington, D.C 20036
						Telephone: (202) 973-0900
						Facsimile: (202) 973-0950
						hzavareei@tzlegal.com
						agold@tzlegal.com

						Annick Persinger (CA Bar No. 272996)
						**TYCKO & ZAVAREEI LLP**
						1970 Broadway – Suite 1070
						Oakland, CA 94607

>Telephone: (510) 254-6808
>Facsimile: (202) 973-0950
>apersinger@tzlegal.com
>
>*Attorneys for Plaintiffs*
>*Jill Brown and Austin Russell*
>
>/s/ *Brian E. O'Donnell*
>Brian E. O'Donnell (admitted *pro hac vice*)
>Maura C. Smith (admitted *pro hac vice*)
>**RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP**
>One Speedwell Ave.
>Morristown, NJ 07962
>T: 973-538-0800
>F: 973-451-3708
>bodonnell@riker.com
>
>Robert E. Davies / SBN 106810
>Stephen J. Mackey / SBN 131203
>Gregory A. Nelson / SBN 274926
>**DONAHUE DAVIES LLP**
>P.O. Box 277010
>Sacramento, CA 95827
>T: 916-817-2900
>F: 916-817-2644
>rdavies@donahuedavies.com
>smackey@donahuedavies.com
>gnelson@donahuedavies.com
>
>*Attorneys for Defendant*
>*Sharp Electronics Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2020, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

>By: /s/ *Gregory Coleman*
>Gregory F. Coleman